UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARK LITTLE,

    Plaintiff,

v.                                     Case No: 2:14-cv-417-FtM-38CM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

Before the Court is Plaintiff's Affidavit of Indigency, which the Court construes as a Renewed Motion for Leave to Proceed *In Forma Pauperis* (Doc. 8) filed on August 29, 2014.[1] Plaintiff requests leave to proceed in this case without the prepayment of filing fees and costs pursuant to 28 U.S.C. § 1915(a). Plaintiff declares in his Affidavit that he is unemployed. Doc. 8 at 2. He reports receiving food stamps and that he lives with a friend and has no money. *Id.* at 2-3.

"When considering a motion filed pursuant to [28 U.S.C.] § 1915(a), [t]he only determination to be made by the court . . . is whether the statements in the affidavit satisfy the requirement of poverty." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (internal quotation marks omitted). A person need not be "absolutely destitute" or reduce himself to a public charge in order to proceed in *forma pauperis*; rather, "an affidavit will be held sufficient if it represents that the litigant,

---

[1] The Court denied Plaintiff's first request because he failed to provide a notarized affidavit of indigency in support of his application. Doc. 8.

because of his poverty, is unable to pay for the court fees and costs, and to support and provide necessities for himself and his dependents." *Id.* A district court may not deny an *in forma pauperis* motion without first comparing the party's assets and liabilities in order to determine whether the party has satisfied the poverty requirement. *Id.* at 1307-08.

After reviewing the Affidavit, the Court finds that Plaintiff meets the requirements to proceed *in forma pauperis*.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Renewed Motion for Leave to Proceed *In Forma Pauperis* (Doc. 8) is **GRANTED**.

2. The Clerk is directed to file all pleadings in this cause without prepayment of costs, and the United States Marshal, upon receipt of appropriate instructions in proper form from Plaintiff, is directed to effect service of process without prepayment of costs or fees.

3. The Clerk of Court is directed to mail summonses and Marshal 285 forms to Plaintiff. Plaintiff shall have **thirty (30) days** from the date of this Order to prepare and forward the completed service documents, along with sufficient copies of the Complaint, to the Clerk for service by the United States Marshal. Failure to provide these documents within this time period will cause the Court to recommend that this action be dismissed.

- 3 -

DONE and ORDERED in Fort Myers, Florida on this 2nd day of September, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
U.S. Marshal's Office
Counsel of record