UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARK LITTLE,

    Plaintiff,

v.                                  Case No:   2:14-cv-417-FtM-38CM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

### **ORDER**[1]

    This matter comes before the Court on United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #29) filed on January 6, 2016.  Judge Mirando recommends the final decision of the Commissioner of Social Security be reversed and this matter be remanded under 42 U.S.C. § 405(g).  The parties elected not to object to the Report and Recommendation, and the time to do so has expired.  Thus, this matter is ripe for review.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright,* 681 F.2d 732 (11th Cir. 1982).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting an independent examination of the file and upon consideration of Judge Mirando's findings and recommendations, the Court accepts the Report and Recommendation (Doc. #29).

Accordingly, it is now **ORDERED**:

1. The Report and Recommendation (Doc. #29) is **ACCEPTED AND ADOPTED** and the findings incorporated herein.

2. The Commissioner's decision is **REVERSED**, and this matter is **REMANDED** for rehearing pursuant to sentence four of 42 U.S.C. § 405(g) for the Commissioner to:

    a. sufficiently explain the effects of Plaintiff's mental impairments on his residual functional capacity, if any;

    b. if the Commissioner finds that Plaintiff's mental impairments limit his ability to perform basic mental work activity, then the Commissioner should elicit testimony from a vocational expert regarding whether other jobs exist that Plaintiff can perform; and

    c. make any further determination consistent with this Order, or in the interests of justice.

3. The Clerk of Court is **DIRECTED** to enter judgment and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of January, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record